UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TERRI JEAN OHRAZDA-YOUNG | ) |
| | ) |
| vs. | ) Case No. 10-0819-CV-S-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

    After carefully reviewing the record, the Court hereby **AFFIRMS** the decision of the Administrative Law Judge**.**

    **IT IS SO ORDERED.**

September 6, 2011        Ann Thompson
Date              Clerk of the Court


Entered on: September 7, 2011    s/ Karen Siegert
               (By) Deputy Clerk